IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, AS BROADCAST LICENSEE OF THE MAY 6, 2017 ALVAREZ V. CHAVEZ, JR. FIGHT PROGRAM;<br><br>*Plaintiff,*<br><br>vs.<br><br>NANCY C. GUERRERO,<br><br>*Defendant.* | SA-20-CV-00525-JKP |

## SHOW CAUSE ORDER

Before the Court is the above-styled cause of action. The record reflects that Plaintiff served Defendant on May 22, 2020, making Defendant's answer due by June 12, 2020. Defendant has failed to answer or otherwise respond in this action. Plaintiff has not moved for a Clerk's Entry of Default or taken any other action in this case with respect to the default of Defendant. A district court may dismiss an action for failure to prosecute. Fed. R. Civ. P. 41(b). Accordingly, the Court will order Plaintiff to show cause why this case should not be dismissed for failure to prosecute.

**IT IS THEREFORE ORDERED** that Plaintiff show cause why this case should not be dismissed for a failure to prosecute on or before **August 24, 2020**.

SIGNED this 13th day of August, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE